IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:13-CR-137-002 |
| v. | ) | |
| | ) | Honorable James C. Cacheris |
| GING-HWANG TSOA, | ) | |
| a/k/a "Felicia Tsoa," | ) | Trial:  November 12, 2013 |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S FIRST AMENDED TRIAL EXHIBITS

The United States of America, by and through undersigned counsel, hereby submits its amended list of trial exhibits.

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| **20921 Cohasset Terrace, Ashburn, VA** | | | |
| 1-1 | Uniform Residential Loan Application (first mortgage) dated 1/16/2006 | | |
| 1-2 | Uniform Residential Loan Application (second mortgage) dated 1/27/2006 | | |
| 1-3 | Letter Regarding Credit Inquiries dated 2/7/2006 | | |
| 1-4 | Verbal Verification of Employment dated 2/8/2006 | | |
| 1-5 | HUD-1 Settlement Statement dated 2/9/2006 | | |
| 1-6 | Uniform Residential Loan Application (first mortgage) dated 2/9/2006 | | |
| 1-7 | Uniform Residential Loan Application (second mortgage) dated 2/9/2006 | | |
| 1-8 | Horizon Title Handwritten Disbursement Notes | | |
| 1-9 | Horizon Title Disbursement Statement dated 2/10/2006 | | |
| | | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| **21942 Windover Drive, Ashburn, VA** | | | |
| 2-1 | Uniform Residential Appraisal Report dated 1/26/2006 | | |
| 2-2 | Uniform Residential Loan Application (first mortgage) dated 2/14/2006 | | |
| 2-3 | Uniform Residential Loan Application (second mortgage) dated 2/14/2006 | | |
| 2-4 | Verification of Deposit dated 2/23/2006 | | |
| 2-5 | [omitted] | | |
| 2-6 | HUD-1 Settlement Statement dated 3/15/2006 | | |
| 2-7 | Uniform Residential Loan Application (first mortgage) dated 3/15/2006 | | |
| 2-8 | Uniform Residential Loan Application (second mortgage) dated 3/15/2006 | | |
| 2-9 | Horizon Title Payment Records dated 3/17/206 | | |
| 2-10 | Horizon Title Disbursement Statement dated 5/9/2006 | | |
| 2-11 | Check from Bing Sing D. Wang to Felicia Tsoa dated 3/28/2006 | | |
| | | | |
| **44237 Sonora Lane, Leesburg, VA** | | | |
| 3-1 | Uniform Residential Loan Application (first mortgage) dated 4/6/2006 | | |
| 3-2 | Uniform Residential Loan Application (second mortgage) dated 4/6/2006 | | |
| 3-3 | Request for Title Commitment dated 3/24/2006 | | |
| 3-4 | Fax from Lifetime Financial Services dated 4/20/2006 | | |
| 3-5 | HUD-1 Settlement Statement dated 4/24/2006 | | |
| 3-6 | Uniform Residential Loan Application (first mortgage) dated 4/24/2006 | | |
| 3-7 | Uniform Residential Loan Application (second mortgage) dated 4/24/2006 | | |
| 3-8 | Horizon Title Handwritten Disbursement Notes | | |
| 3-9 | Horizon Title Payment Records dated 4/25/2006 | | |
| 3-10 | Horizon Title Disbursement Statement dated 6/2/2006 | | |
| 3-11 | Regional Sales Contract dated 3/24/2006 | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| | | | |
| **21924 Windy Oaks Square, Ashburn, VA** | | | |
| 4-1 | Residential Lease dated 5/18/2005 | | |
| 4-2 | Uniform Residential Loan Application Signature Page (first mortgage) dated 4/14/2006 | | |
| 4-3 | Uniform Residential Loan Application Signature Page (second mortgage) dated 4/14/2006 | | |
| 4-4 | Wachovia Bank Verification of Account dated 4/14/2006 | | |
| 4-5 | Verification of Employment dated 4/20/2006 | | |
| 4-6 | Altivus Financial Booking Forms dated 4/25/2006 | | |
| 4-7 | Request for Title Commitment dated 4/14/2006 | | |
| 4-8 | Homeowner's Insurance Summary dated 4/14/2006 | | |
| 4-9 | HUD-1 Settlement Statement dated 4/26/2006 | | |
| 4-10 | Uniform Residential Loan Application (first mortgage) dated 4/26/2006 | | |
| 4-11 | Uniform Residential Loan Application (second mortgage) dated 4/26/2006 | | |
| 4-12 | Disbursement Instructions dated 4/27/2006 | | |
| 4-13 | Horizon Title Handwritten Disbursement Notes | | |
| 4-14 | Horizon Title Payment Records | | |
| 4-15 | Horizon Title Disbursement Statement dated 5/4/2006 | | |
| 4-16 | FDIC Certificate as to Millennium Bank | | |
| 4-17 | Uniform Residential Appraisal Report dated 4/13/2006 | | |
| | | | |
| **44303 Suscon Square, Ashburn, VA** | | | |
| 5-1 | Residential Lease dated 1/1/2006 | | |
| 5-2 | Uniform Residential Loan Application (first mortgage) dated 4/18/2006 | | |
| 5-3 | Uniform Residential Loan Application (second mortgage) dated 4/18/2006 | | |
| 5-4 | Verifications of Employment dated 4/19/2006 | | |
| 5-5 | Verification of Rent dated 4/24/2006 | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| 5-6 | Request for Title Commitment dated 4/6/2006 | | |
| 5-7 | Homeowner's Insurance Summary dated 4/13/2006 | | |
| 5-8 | HUD-1 Settlement Statement dated 4/26/2006 | | |
| 5-9 | Uniform Residential Loan Application (first mortgage) dated 4/26/2006 | | |
| 5-10 | Uniform Residential Loan Application (second mortgage) dated 4/26/2006 | | |
| 5-11 | Horizon Title Handwritten Disbursement Notes | | |
| 5-12 | Horizon Title Payment Records dated 4/27/2006 | | |
| 5-13 | Horizon Title Disbursement Statement dated 4/27/2006 | | |
| | | | |
| **21896 Schenley Terrace, Ashburn, VA** | | | |
| 6-1 | GMAC Letter Faxed 5/3/2006 | | |
| 6-2 | Uniform Residential Loan Application (first mortgage) dated 5/1/2006 | | |
| 6-3 | Uniform Residential Loan Application (second mortgage) dated 5/1/2006 | | |
| 6-4 | Wachovia Bank Statement Faxed 5/3/2006 | | |
| 6-5 | Residential Lease Faxed 5/3/2006 | | |
| 6-6 | Verification of Rent dated 5/2006 | | |
| 6-7 | Verification of Employment dated 5/5/2006 | | |
| 6-8 | Verbal Re-Verification of Employment dated 5/12/2006 | | |
| 6-9 | Powers of Attorney dated 5/12/2006, 5/15/2006 | | |
| 6-10 | HUD-1 Settlement Statement dated 5/15/2006 | | |
| 6-11 | Uniform Residential Loan Application (second mortgage) dated 5/15/2006 | | |
| 6-12 | Horizon Title Handwritten Disbursement Notes | | |
| 6-13 | Horizon Title Payment Records dated 5/19/2006 | | |
| 6-14 | Horizon Title Disbursement Statement dated 6/23/2006 | | |
| 6-15 | FDIC Certificate as to JP Morgan Chase Bank | | |
| | | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| **20936 Duryea Terrace, Ashburn, VA** | | | |
| 7-1 | [omitted] | | |
| 7-2 | Letter Regarding Credit History dated 5/24/2006 | | |
| 7-3 | [omitted] | | |
| 7-4 | Letter Regarding Settlement dated 5/31/2006 | | |
| 7-5 | HUD-1 Settlement Statement dated 5/31/2006 | | |
| 7-6 | Uniform Residential Loan Application (first mortgage) dated 5/31/2006 | | |
| 7-7 | Uniform Residential Loan Application (second mortgage) dated 5/31/2006 | | |
| 7-8 | Horizon Title Payment Records dated 5/31/2006 | | |
| 7-9 | Horizon Title Disbursement Statement dated 6/20/2006 | | |
| | | | |
| **20936 Cohasset Terrace, Ashburn, VA** | | | |
| 8-1 | [omitted] | | |
| 8-2 | Verification of Rent dated 4/24/2006 | | |
| 8-3 | [omitted] | | |
| 8-4 | Verification of Employment dated 4/24/2006 | | |
| 8-5 | Uniform Residential Loan Application (second mortgage) dated 5/16/2006 | | |
| 8-6 | [omitted] | | |
| 8-7 | [omitted] | | |
| 8-8 | [omitted] | | |
| 8-9 | Letter Regarding Credit History dated 5/30/2006 | | |
| 8-10 | Uniform Residential Loan Application (first mortgage) dated 5/16/2006 | | |
| 8-11 | [omitted] | | |
| 8-12 | Request for Title Commitment dated 4/12/2006 | | |
| 8-13 | Disbursement Instructions dated 6/3/2006 | | |
| 8-14 | HUD-1 Settlement Statement dated 6/5/2006 | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| 8-15 | Uniform Residential Loan Application (first mortgage) dated 6/5/2006 | | |
| 8-16 | Uniform Residential Loan Application (second mortgage) dated 6/5/2006 | | |
| 8-17 | Horizon Title Payment Records dated | | |
| 8-18 | Horizon Title Disbursement Statement dated 6/7/2006 | | |
| | | | |
| **20974 Cohasset Terrace, Ashburn, VA** | | | |
| 9-1 – 9-5 | [omitted] | | |
| 9-6 | Appraisal Invoice dated 5/26/2006 | | |
| 9-7 | HUD-1 Settlement Statement dated 6/13/2006 | | |
| 9-8 | Uniform Residential Loan Application (first mortgage) dated 6/13/2006 | | |
| 9-9 | Uniform Residential Loan Application (second mortgage) dated 6/13/2006 | | |
| 9-10 | Horizon Title Payment Records dated 6/13/2006 | | |
| 9-11 | Horizon Title Disbursement Statement dated 6/26/2006 | | |
| | | | |
| 10 to 19 | [Reserved] | | |
| | | | |
| **Other Exhibits** | | | |
| 20 | Property Summary Chart | | |
| 21 | Bing-Sing "Cindy" Wang Plea Agreement (redacted) | | |
| 22 | Robert Mikail Plea Agreement | | |
| | | | |
| 23 to 29 | [Reserved] | | |
| | | | |
| **Business Record Certifications** | | | |
| 30 | Capital One | | |
| 31 | Deutsche Bank/MortgageIT | | |
| 32 | Horizon Title | | |

| Exh. | Description | Off. | Adm. |
|---|---|---|---|
| 33 | JP Morgan Chase (dated 1/27/2012) | | |
| 34 | JP Morgan Chase (dated 7/9/2013) | | |
| 35 | Millennium Bank | | |
| 36 | Wilmington Finance | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

                              Respectfully submitted,

                              Dana J. Boente
                              Acting United States Attorney

By:           /s/
                              Paul J. Nathanson
                              Jasmine H. Yoon
                              Assistant United States Attorneys
                              Eastern District of Virginia
                              Counsel for the United States
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              Phone:  (703) 299-3700
                              Fax:  (703) 299-3981
                              Email:  paul.nathanson@usdoj.gov
                              Email:  jasmine.yoon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Eugene Victor Gorokhov
        Burnham & Gorokhov PLLC
        1724 20th Street NW, Suite 304
        Washington, DC 20009
        Tel.: 240-506-6688
        Fax: 267-390-7587
        Email: eugene@evgpllc.com

        /s/
        Paul J. Nathanson
        Assistant United States Attorney